GEORGE F. DRISCOLL, Appellant, *v.* JAMES A. HEALY, as Substituted Trustee under the Will of JANE MEGARR, Deceased, Respondent.

*Driscoll* v. *Healy,* 147 App. Div. 522, affirmed.
(Argued January 12, 1914; decided January 27, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 8, 1911, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial in an action to compel specific performance of an alleged contract for the sale of real property or recovery of the deposit paid and expenses.

*Walter Jeffreys Carlin* for appellant.

*James E. Doherty* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.